UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

NATALIA V. POLIAKOVA )
16500 Collins Ave., Apt. 2652 )
Sunny Isles Beach, FL  33160 )
CIS File No. A97 621 385 )
)
      Plaintiff, )
)
v. )    Civ. No.
)
EMILIO T. GONZALEZ, Director )
U.S. Citizenship and Immigration Services )
20 Massachusetts Avenue, N.W. )
Washington, DC 20529 )
)
MICHAEL CHERTOFF, Secretary )
U.S. Department of Homeland Security )
425 Murray Drive, Building 410 )
Washington, DC 20528 )
)
ROBERT S. MUELLER, Director )
Federal Bureau of Investigation )
J. Edgar Hoover Building )
935 Pennsylvania Avenue, N.W. )
Washington, DC 20535 )
)
LINDA SWACINA, Director )
Miami District Office )
U.S. Citizenship and Immigration Services )
7880 Biscayne Blvd. )
Miami, Florida 33141 )
)
      Defendants. )
_____)

## VERIFIED COMPLAINT FOR MANDAMUS AND DECLARATORY JUDGMENT

    The Plaintiff, NATALIA V. POLIAKOVA, by counsel, complains of the Defendants,

EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services; MICHAEL

Thomas K. Ragland
Nadeen Aljijakli
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
Washington, DC  20036
Phone: 202-483-0053  Fax: 202-483-6801

1

CHERTOFF, Secretary, U.S. Department of Homeland Security; ROBERT S. MUELLER, Director, Federal Bureau of Investigation; and LINDA SWACINA, Director, Miami District Office, U.S. Citizenship and Immigration Services, as follows:

## I. **PREFATORY STATEMENT**

1. This is a mandamus action to compel the Defendants and those acting under them to take all appropriate action to adjudicate the Plaintiff's Application to Adjust Status to Lawful Permanent Resident (Form I-485) without further delay.

2. The Plaintiff properly filed her adjustment of status application with the Defendant U.S. Citizenship and Immigration Services ("CIS") on July 10, 2003.   As directed, on November 23, 2004, the Plaintiff submitted her fingerprints to CIS.   The application remains within the jurisdiction of the Defendants, who have improperly withheld action on the application for an unreasonable period of time to the detriment of the Plaintiff.

## II. **JURISDICTION**

3. This is a civil action brought pursuant to 28 U.S.C. §1361 ("The district courts shall have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff").  Jurisdiction is further conferred by 8 U.S.C. §1329 (jurisdiction of the district courts) and 28 U.S.C. §1331 (federal subject matter jurisdiction).

4. Jurisdiction is also conferred pursuant to 5 U.S.C. §555(b) and §702 (the Administrative Procedure Act).  The APA requires CIS to carry out its duties within a reasonable time.  5 U.S.C. §555(b) provides that "[w]ith due regard for the convenience and necessity of the parties or their representatives and *within a reasonable time*, each agency *shall* proceed to

Thomas K. Ragland
Nadeen Aljijakli
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
Washington, DC  20036
Phone: 202-483-0053  Fax: 202-483-6801

2

conclude a matter presented to it." (Emphasis added). CIS is subject to 5 U.S.C. §555(b). *See Liberty Fund, Inc. v. Chao*, 394 F. Supp. 2d 105, 114 (D.D.C. 2005) ("The Administrative Procedure Act requires an agency to act 'within a reasonable time,' 5 U.S.C. § 555(b), and authorizes a reviewing court to 'compel agency action … unreasonably delayed,' 5 U.S.C. § 706(1).").

5. Section 242 of the Immigration and Nationality Act ("INA"), 8 U.S.C. §1252, does not deprive this Court of jurisdiction. INA §242(a)(5) provides that "a petition for review filed with an appropriate court of appeals in accordance with this section, shall be the sole and exclusive means for judicial review of an order of removal entered or issued under any provision of this Act[.]" As the present action is not an action to review a removal order, but simply an action to compel CIS to adjudicate an unreasonably delayed application, this Court retains original mandamus jurisdiction under 28 U.S.C. §1361.

6. Both the regulations and the INA provide numerous examples of duties owed by CIS in the adjustment of status process. 8 U.S.C. §1103 provides that "[t]he Secretary of Homeland Security *shall* be charged with the administration and enforcement of this Act and all other laws relating to the immigration and naturalization of aliens[.]" (Emphasis added). The Code of Federal Regulations provides that "[e]ach applicant for adjustment of status . . . *shall* be interviewed by an immigration officer." 8 C.F.R. §245.6 (emphasis added). The regulations further provide that "the applicant *shall* be notified of the decision of the director and, if the application is denied, the reasons for the denial." 8 C.F.R. §245.2(a)(5)(i) (emphasis added). The language of the statute and the above-cited regulations is mandatory, not discretionary, and the Defendants have a clear duty to

Thomas K. Ragland
Nadeen Aljijakli
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
Washington, DC  20036
Phone: 202-483-0053  Fax: 202-483-6801

3

adjudicate the application for adjustment of status pending before them.  *See Matter of Sealed Case,* 151 F.3d 1059, 1063 (D.C. Cir. 1998); *see also First Federal Savings and Loan Association of Durham v. Baker*, 860 F.2d 135, 138 (4th Cir. 1988).

7.  Section 242(a)(2)(B) of the INA, 8 U.S.C. §1252(a)(2)(B), as amended by section 106 of the Emergency Supplemental Appropriations Act for Defense, the Global War of Terror, and Tsunami Relief, Pub. L. 109-13 (May 11, 2005) ("REAL ID Act"), eliminated the authority of the federal courts to review decisions by the government to grant or deny discretionary relief.  Specifically, INA §242(a)(2)(B)(ii) provides that "no court shall have jurisdiction to review … (ii) any other decision or action of the Attorney General or the Secretary of Homeland Security the authority for which is specified under this subchapter to be in the discretion of the Attorney General or the Secretary of Homeland Security …."  8 U.S.C. §1252(a)(2)(B)(ii).[1]  Section 1252(a)(2)(B)(ii) does not strip federal courts of jurisdiction where – as in this case – the government has a nondiscretionary duty to act on the Plaintiff's application for adjustment of status and has unreasonably failed to so act.  *See, e.g.*, *Duan v. Zamberry* , Slip Copy, 2007 WL 626116, at *3 (W.D. Pa. Feb. 23, 2007) ("The weight of authority … supports a finding that Defendants have a non-discretionary duty to process or adjudicate  an adjustment application; that duty supports a mandamus action.") (and cases cited therein).  The Government has discretionary authority to either grant or deny the Plaintiff's adjustment of status application.  *See, e.g.*, *Pool v. Gonzales*, Slip Copy, 2007 WL 1613272, at *2 (D.N.J. June 1, 2007) ("[E]ven though the actual decision to grant or deny an application

---

[1] "[T]his subchapter" refers to Subchapter II of Chapter 12 of Title 8 of the U.S. Code, which includes INA §245, 8 U.S.C. §1255.

Thomas K. Ragland
Nadeen Aljijakli
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
Washington, DC  20036
Phone: 202-483-0053  Fax: 202-483-6801

4

for adjustment of status is discretionary, the USCIS has a non-discretionary duty to act on applications within a reasonable time").  However, the Government's discretion does not include authority to refuse or unreasonably delay its adjudication of a properly filed application.  *See, e.g.*, *Jones v. Gonzales*, 2007 U.S. Dist. LEXIS 45012, at *2 (S.D. Fla. June 21, 2007) ("[N]o agency responsible for resolving matters of public interest should be free to let those matters pend in perpetuity; otherwise would be to relief the agency of its Congressionally-mandated duty to the public."); *Ma & Liu v. Gonzales*, Slip Copy, 2007 WL 1655188 (W.D. Wash. June 5, 2007); *Elkhatib v. Butler*, Slip Copy, 2005 WL 5226742 (S.D. Fla. June 7, 2005).

8. As set forth below, the delay in processing the Plaintiff's properly filed application for adjustment of status is unreasonable.

### III. <u>VENUE</u>

9. Venue is proper under 28 U.S.C. §1391(e), because this is an action against officers and agencies of the United States in their official capacities, brought in the district where a substantial part of the events or omissions giving rise to the Plaintiff's claim occurred. The Defendant Emilio T. Gonzalez is sued in his official capacity as Director of CIS, a United States federal agency and resident in the district.  The Defendant Michael Chertoff is sued in his official capacity as Secretary of the U.S. Department of Homeland Security ("DHS"), a United States federal agency and resident in the district.  The Defendant Robert S. Mueller is sued in his official capacity as Director of the Federal Bureau of Investigation ("FBI"), a United States federal agency and resident in the district.  The Defendant Linda Swacina is sued in her official capacity as Director of the Miami

Thomas K. Ragland
Nadeen Aljijakli
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
Washington, DC  20036
Phone: 202-483-0053  Fax: 202-483-6801

5

District Office of CIS, a United States federal agency. Because national policy concerning adjudication of applications for immigration benefits is formulated by the DHS and implemented by CIS, which are both federal agencies that are resident in the district, venue is proper in this Court.

## IV.    EXHAUSTION OF ADMINISTRATIVE REMEDIES

10. No exhaustion requirements apply to the Plaintiff's complaint for a Writ of Mandamus. The Plaintiff is owed a duty—the adjudication of her application to adjust status, which has been duly filed with CIS. CIS has failed to adjudicate this application. The Plaintiff has no other adequate remedy available for the harm she seeks to redress—the failure of CIS to process her application to adjust status in a timely manner.

## V.    PARTIES

11. The Plaintiff, Natalia V. Poliakova, resides in Sunny Isles Beach, Florida. She was born in Russia (then U.S.S.R.) on July 6, 1969, and she is a citizen of the Russian Federation. Her alien registration number is A97 621 385.

12. The Defendants, EMILIO T. GONZALEZ, Director, CIS; MICHAEL CHERTOFF, Secretary, DHS; ROBERT S. MUELLER, Director, FBI; and LINDA SWACINA, Director, Miami District Office, CIS, are charged by law with the statutory and regulatory obligation to perform background security checks and determine eligibility for adjustment of status to lawful permanent resident, pursuant to 8 U.S.C. §1103 and §1255, and 8 C.F.R. §245.2(5)(i) and §245.6. CIS received the Plaintiff's application for adjustment of status on July 10, 2003. The Plaintiff was interviewed by CIS in connection with her application on November 22, 2004. As directed, on November 23,

Thomas K. Ragland
Nadeen Aljijakli
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
Washington, DC 20036
Phone: 202-483-0053 Fax: 202-483-6801

6

2004, the Plaintiff submitted her fingerprints to CIS.  CIS is the agency of DHS responsible for adjudicating adjustment of status applications under the INA and has the sole authority to do so, pursuant to 8 C.F.R. §245.2(a)(1) (requiring any alien who believes she meets the eligibility requirements of Section 245 of the Act to apply to the director having jurisdiction over her place of residence).  The FBI is the agency responsible for completing security checks, including name and fingerprint checks, for applicants for immigration benefits including adjustment of status.

## VI.    FACTS

13. The Plaintiff, Natalia V. Poliakova, was born in Russia in 1969.  She came to the United States in September 1994 on a nonimmigrant visitor's visa.  The Plaintiff has always maintained lawful immigration status in the U.S.  The Plaintiff has been steadily employed in this country as an attorney and she has always paid her taxes.

14. After graduating from Stetson University College of Law in May 1999 with a Juris Doctor degree, and completing her practical training, the Plaintiff obtained an H-1B nonimmigrant employment visa which enabled her to take up employment with the law offices of Becker & Poliakoff, P.A.

15. On April 8, 2002, Becker & Poliakoff, P.A. filed an Application for Alien Employment Certification on behalf of the Plaintiff, which was certified on October 17, 2002. Pursuant to the approved Application for Alien Employment Certification, on October 30, 2002, Becker & Poliakoff, P.A. filed an Immigrant Petition for Alien Worker (Form I-140) on the Plaintiff's behalf, as an alien with advanced degree, which was approved on June 13, 2003. *See* Exh. 1.

Thomas K. Ragland
Nadeen Aljijakli
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
Washington, DC  20036
Phone: 202-483-0053  Fax: 202-483-6801

7

16. Based on the approved Immigrant Petition, on July 10, 2003, the Plaintiff filed an Application to Adjust Status to Lawful Permanent Resident (Form I-485) with the CIS Texas Service Center. *See* Exh. 2.  On November 14, 2003, the CIS Texas Service Center issued a Transfer Notice indicating that the Plaintiff's case had been transferred to the CIS Miami District Office. *See* Exh. 3.  On November 3, 2004, CIS sent the Plaintiff a notice of adjustment of status interview, which she attended as directed on November 22, 2004. *See* Exh. 4.  As instructed, on November 23, 2004, the Plaintiff submitted her fingerprints to CIS.

17. On June 6, 2005, the Plaintiff filed a Freedom of Information Act (FOIA) request in order to review her file with CIS. *See* Exh. 5.  On September 9, 2005, the Plaintiff made an inquiry with CIS regarding the status of her case. *See* Exh. 6.  The Plaintiff also submitted an inquiry to CIS through the American Immigration Lawyers Association (AILA).  On October 5, 2005, the AILA Liaison informed her that her case was pending due to security checks. *See* Exh. 7.

18. On August 16, 2006, the Plaintiff submitted another inquiry via e-mail to CIS. *See* Exh. 8.  No response was received.

19. On August 28, 2006, the Plaintiff submitted yet another inquiry to CIS via a "Status Inquiry / Resolution Worksheet." *See* Exh. 9.  No response was received.

20. Additionally, the Plaintiff submitted a congressional inquiry to U.S. Representative Debbie Wasserman Schultz.  On November 1, 2006, Congresswoman Schultz informed the Plaintiff, "My office sent an inquiry on your behalf to the Congressional Liaison at the U.S. Citizenship and Immigration Service in Miami." *See* Exh. 10.  On November

Thomas K. Ragland
Nadeen Aljijakli
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
Washington, DC  20036
Phone: 202-483-0053  Fax: 202-483-6801

8

28, 2006, Congresswoman Schultz sent the Plaintiff the Congressional Unit's response, which indicated that her case was pending review and that the Plaintiff would receive a response in 60 days regarding the status of her case. *See* Exh. 11. However, no response was received.

21. On March 6, 2007, the Plaintiff sent yet another inquiry to Congresswoman Schultz regarding the status of her case. *See* Exh. 12. In response, Congresswoman Schultz advised the Plaintiff on May 9, 2007 that CIS had responded to her inquiry by stating that background checks remained pending and that "the agency must balance individual inconvenience against broader issues of public safety and national security." *See* Exh. 13.

22. On March 13, 2007, the Plaintiff submitted another inquiry to CIS. On June 16, 2007, CIS responded to her inquiry by stating, "[W]e have to perform additional review on this case and this caused a longer processing time." *See* Exh. 14.

23. The Plaintiff is eager to obtain lawful permanent resident status and the lengthy delay by the Defendants in adjudicating her application is of great concern to her. The Plaintiff's ability to pursue opportunities for professional advancement has been negatively impacted by the Defendant's failure to adjudicate her application within a reasonable period of time. The delay in adjudication has also interfered with the Plaintiff's travel needs.

24. In addition to the above-mentioned inquiries, throughout this process the Plaintiff has made numerous in-person and telephonic status inquiries with CIS. The Plaintiff's application for adjustment of status remains pending.

Thomas K. Ragland
Nadeen Aljijakli
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
Washington, DC  20036
Phone: 202-483-0053  Fax: 202-483-6801

9

25. The Defendant CIS has unreasonably failed to issue a final decision on the Plaintiff's application for adjustment of status. As four years have elapsed since the Plaintiff filed her adjustment of status application on July 10, 2003, the Plaintiff requests that this Court compel CIS to adjudicate her application for adjustment of status without further delay.

## VII.    CAUSE OF ACTION

26. The Plaintiff is entitled to adjust her status pursuant to 8 U.S.C. §1255(a).

27. The Defendants have sufficient information to determine the Plaintiff's eligibility for adjustment of status pursuant to applicable requirements. Notwithstanding, the Defendant CIS has unreasonably delayed and refused to adjudicate the Plaintiff's application to adjust status for nearly four years, thereby depriving the Plaintiff of her right to a decision on her immigration status and the peace of mind to which she is entitled.

28. The Plaintiff is an attorney licensed to practice law in Florida and she has built a substantial law practice in Florida. However, her entire career is in limbo pending the determination on her application to adjust status. CIS's delay in adjudicating the Plaintiff's application to adjust status has restricted her both financially and professionally.

29. The Plaintiff's career has been damaged by CIS's undue delay in adjudicating her adjustment of status application, because she has been forced to repeatedly apply (and pay) for extensions of employment authorization, all to the further detriment of the Plaintiff. *See* 8 C.F.R. §274a.12(c)(9).

Thomas K. Ragland
Nadeen Aljijakli
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
Washington, DC  20036
Phone: 202-483-0053  Fax: 202-483-6801

10

30. Although the Plaintiff is highly qualified, she has been unable to advance her career and stands to lose significant business opportunities as some of her most important clients, such as the United Space Alliance, a U.S. government agency and the largest subcontractor of the National Aeronautics and Space Administration (NASA), have expressed concern over the Plaintiff's lack of permanent status in the U.S.  In addition, the Plaintiff cannot apply for any legal position with the federal, state, or local government because she lacks permanent resident status.

31. The Plaintiff's ability to travel out of the country has also been restricted, as she is required to apply for and obtain advance parole from CIS before traveling abroad while her immigration status remains pending.  The Plaintiff's law practice concentrates on international and immigration law areas, and she often requires travel abroad for business meetings.  Furthermore, the Plaintiff is required to be processed in secondary inspection at the Port of Entry and she is regularly held there for hours on each return trip to the United States.  These delays have not only caused the Plaintiff great embarrassment, but they have also disrupted the Plaintiff's travel plans as she has often missed connecting flights while waiting in secondary inspection.

32. Additionally, the Plaintiff owns an apartment in Sunny Isles Beach, Florida, however, due to her lack of permanent resident status, she is ineligible to apply for a homestead exemption, which protects the value of the homes of residents.

33. As an attorney, the Plaintiff is eager to eventually apply for U.S. citizenship in order to actively participate in the U.S. electoral system, so she can vote and otherwise contribute to the nation's government and civic affairs.  However, her road to become a naturalized

Thomas K. Ragland
Nadeen Aljijakli
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
Washington, DC  20036
Phone: 202-483-0053  Fax: 202-483-6801

11

citizen has been inordinately prolonged, as she cannot apply for citizenship until five years after she obtains permanent residence.

34. The Defendants' inaction in the Plaintiff's case has caused inordinate and unfair amounts of stress, expense, and hassle for the Plaintiff, who is entitled to adjust her status without further unreasonable delay.

## VIII.  CLAIMS

35. The Defendant CIS has willfully and unreasonably failed to adjudicate the Plaintiff's application for adjustment of status for nearly four years, thereby depriving the Plaintiff of her rights under 8 U.S.C. §1255(a).  Pursuant to 5 U.S.C. §555(b) and §702 (APA), "[w]ith due regard for the convenience and necessity of the parties or their representatives and *within a reasonable time*, each agency shall proceed to conclude a matter presented to it."  (Emphasis added).

36. The Defendant CIS owes the Plaintiff a duty to adjudicate her adjustment of status application, and has unreasonably failed to perform that duty.  *See Matter of Sealed Case,* 151 F.3d at 1063 (holding that mandamus is an appropriate remedy whenever a party demonstrates a clear right to have an action performed by a government official who refuses to act and that no other adequate means to attain the relief exist); *Liberty Fund, Inc.*, 394 F. Supp. 2d at 114 (same); *see also Donovan v. United States*, 580 F.2d 1203, 1208 (3d Cir. 1978) (same).

37. This Court should grant the Plaintiff's writ of mandamus because the Plaintiff has no alternative means to obtain adjudication of her application for adjustment of status and

Thomas K. Ragland
Nadeen Aljijakli
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
Washington, DC  20036
Phone: 202-483-0053  Fax: 202-483-6801

12

her right to issuance of the writ is "clear and indisputable." *Allied Chemical Corp. v. Daiflon Inc.*, 449 U.S. 33, 35 (1980).

38. Both the regulations and the INA provide numerous examples of duties owed by CIS in the adjustment of status process. 8 U.S.C. §1103 provides that "[t]he Secretary of Homeland Security *shall* be charged with the administration and enforcement of this Act and all other laws relating to the immigration and naturalization of aliens[.]" (Emphasis added). The Code of Federal Regulations provides that "[e]ach applicant for adjustment of status . . . *shall* be interviewed by an immigration officer." 8 C.F.R. §245.6 (emphasis added). The regulations further provide that "the applicant *shall* be notified of the decision of the director and, if the application is denied, the reasons for the denial." 8 C.F.R. §245.2(a)(5)(i) (emphasis added). The language of the statute and the above-cited regulations is mandatory, not discretionary, and the Defendants have a clear duty to adjudicate the application for adjustment of status pending before them. *See Matter of Sealed Case,* 151 F.3d at 1063; *see also First Federal Savings and Loan Association of Durham v. Baker*, 860 F.2d 135, 138 (4th Cir. 1988).

39. The Plaintiff is entitled to action on her pending adjustment of status application, because an unreasonable amount of time has passed since her application was filed on July 10, 2003. CIS has, to date, failed to make a determination on this application.

WHEREFORE, the Plaintiff prays that the Court:

1. Compel the Defendants and those acting under them to take all appropriate action to perform their duty to adjudicate the Plaintiff's adjustment of status application without further delay;

Thomas K. Ragland
Nadeen Aljijakli
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
Washington, DC 20036
Phone: 202-483-0053 Fax: 202-483-6801
13

2. Grant such other and further relief as this Court deems proper under the circumstances; and

3. Grant attorney's fees and costs of Court to the Plaintiff under the Equal Access to Justice Act.

Respectfully submitted this 5 day of July 2007,

NATALIA V. POLIAKOVA

*By counsel,*

_____
Thomas K. Ragland
DC Bar Number: 501021

_____
Nadeen Aljijakli
DC Bar Number: 501709

MAGGIO & KATTAR
11 Dupont Circle, NW, Suite 775
Washington, DC 20036
Phone:  (202) 483-0053
Fax:  (202) 483-6801

*Counsel for Plaintiff*

Thomas K. Ragland
Nadeen Aljijakli
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
Washington, DC  20036
Phone: 202-483-0053  Fax: 202-483-6801

14

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>SRC-03-023-50624 | CASE TYPE  I140<br>IMMIGRANT PETITION FOR ALIEN WORKER |
|---|---|
| RECEIPT DATE<br>October 31, 2002 | PRIORITY DATE<br>April 8, 2002 |
| | PETITIONER<br>BECKER & POLIAKOFF, P.A. |
| NOTICE DATE<br>June 13, 2003 | PAGE<br>1 of 1 |
| | BENEFICIARY<br>POLIAKOVA, NATALIA V. |

BECKER & POLIAKOFF, P.A.
C/O PHILLIP GUO, ESQ.
3111 STIRLING ROAD
FORT LAUDERDALE FL 33312

**Notice Type:** Approval Notice
Section: Mem of Profession w/Adv Deg,or
of Exceptn'l Ability
Sec.203(b)(2)

Courtesy Copy: Original sent to: GUO ESQ, PHILLIP

This courtesy notice is to advise you of action taken on this case. The official notice has been mailed to the attorney or representative indicated above. Any relevant documentation included in the notice was also mailed as part of the official notice.

The above petition has been approved. We have sent it to the **Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909.** NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all INS action on this petition. If you have any questions about visa issuance, please contact the NVC directly. The telephone number to NVC is (603) 334-0700. Please allow 90 days before contacting the National Visa Center regarding your petition.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

This courtesy copy may not be used in lieu of official notification to demonstrate the filing or processing action taken on this case.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
TEXAS SERVICE CENTER
P O BOX 851488 - DEPT A
MESQUITE TX 75185-1488
Customer Service Telephone: (800) 375-5283



Form I-797C (Rev. 09/07/93) N

U.S. Department of Justice
Immigration and Naturalization Service

## Notice of Action

# THE UNITED STATES OF AMERICA

| | | |
|---|---|---|
| **RECEIPT NUMBER**<br>SRC-03-198-50923 | | **CASE TYPE** I485   APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
| **RECEIVED DATE**<br>July 10, 2003 | **PRIORITY DATE** | **APPLICANT** A97 621 385<br>POLIAKOVA, NATALIA V. |
| **NOTICE DATE**<br>July 11, 2003 | **PAGE**<br>1 of 1 | |

PHILIP GUO ESQ
BECKER AND POLIAKOFF P A
3111 STIRLING RD
FORT LAUDERDALE FL 33312

**Notice Type:** Receipt Notice

**Amount received:** $ 305.00
**Section:** Adjustment as direct
beneficiary of immigrant
petition

The above application or petition has been received. It usually takes 990 to 999 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number (800) 375-5283 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call our TDD at 1-800-767-1833.

You can also visit the INS on the internet at www.ins.gov. On our web site you can get up-to-date case status information on your case and find valuable information about immigration services and benefits.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
TEXAS SERVICE CENTER
P O BOX 851488 - DEPT A
MESQUITE TX 75185-1488
Customer Service Telephone: (800) 375-5283



Form I-797C (Rev. 09/07/93) N

OMB No. 1115-0053

U.S. Department of Justice
Immigration and Naturalization Service

**Form I-405, Application to Register
Permanent Resident or Adjust Status**

**START HERE - Please Type or Print**

FOR INS USE ONLY

**Part 1.    Information About You.**

| | | |
|---|---|---|
| Family Name POLIAKOVA | Given Name NATALIA | Middle Initial V |

Address - C/O

PHILIP GUO, ESQ.        BECKER & POLIAKOFF, P.A.

Street Number and Name    3111 STIRLING ROAD        Apt. #

City    FT. LAUDERDALE

State    FL        Zip Code    33312

Date of Birth (month/day/year)    07/06/1969        Country of Birth    RUSSIA

Social Security #    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        A # (if any)    130 534 954

Date of Last Arrival (month/day/year)    05/26/2003        I-94 #    80956066708

Current INS Status    H1B        Expires on (month/day/year)    04/08/2004

**Part 2.    Application Type. (check one)**

I am applying for an adjustment to permanent resident status because:

a. [X] an immigrant petition giving me an immediately available immigrant visa number has been approved. (Attach a copy of the approval notice– or a relative, special immigrant juvenile or special immigrant military visa petition filed with this application that will give you an immediately available visa number, if approved.)

b. [ ] my spouse or parent applied for adjustment of status or was granted lawful permanent residence in an immigrant visa category that allows derivative status for spouses and children.

c. [ ] I entered as a K-1 fiance(e) of a U.S. citizen whom I married within 90 days of entry, or I am the K-2 child of such a fiance(e). [Attach a copy of the fiance(e) petition approval notice and the marriage certificate.]

d. [ ] I was granted asylum or derivative asylum status as the spouse or child of a person granted asylum and am eligible for adjustment.

e. [ ] I am a native or citizen of Cuba admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

f. [ ] I am the husband, wife or minor unmarried child of a Cuban described in (e) and am residing with that person, and was admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

g. [ ] I have continuously resided in the U.S. since before January 1, 1972.

h. [ ] Other basis of eligibility. Explain. (If additional space is needed, use a separate piece of paper.)

I am already a permanent resident and am applying to have the date I was granted permanent residence adjusted to the date I originally arrived in the U.S. as a nonimmigrant or parolee, or as of May 2, 1964, whichever date is later, and: (Check one)

i. [ ] I am a native or citizen of Cuba and meet the description in (e), above.

j. [ ] I am the husband, wife or minor unmarried child of a Cuban, and meet the description in (f), above.

FOR INS USE ONLY

| Returned | Receipt |
|---|---|
| | |
| Resubmitted | |
| | |
| Reloc Sent | |
| | |
| Reloc Rec'd | |
| | |
| Applicant Interviewed | |

Section of Law
[ ] Sec. 209(b), INA
[ ] Sec. 13, Act of 9/11/57
[ ] Sec. 245, INA
[ ] Sec. 249, INA
[ ] Sec. 2 Act of 11/2/66
[ ] Sec. 2 Act of 11/2/66
[ ] Other

Natalia
Poliakova
DOB 07/06/1969

Attor
[X] Fill in be applicant
VOLAG#

ATTY State

*Continued on back*

## Part 3. Processing Information.

| A. City/Town/Village of Birth | Current Occupation |
|---|---|
| OKTIABRJSKI | ATTORNEY |

| Your Mother's First Name | Your Father's First Name |
|---|---|
| GALINA | VICTOR |

Give your name exactly how it appears on your Arrival /Departure Record (Form I-94)

NATALIA V. POLIAKOVA

| Place of Last Entry Into the U.S. (City/State) | In what status did you last enter? *(Visitor, student, exchange alien, crewman, temporary worker, without inspection, etc.)* |
|---|---|
| MIAMI, FLORIDA | |
| Were you inspected by a U.S. Immigration Officer? [X] Yes [ ] No | TEMPORARY NONIMMIGRANT H-1B1 WORKER |

| Nonimmigrant Visa Number | Consulate Where Visa Was Issued |
|---|---|
| 20031397250002 | ST. PETERSBURG, RUSSIA |

| Date Visa Was Issued (month/day/year) 05/20/2003 | Sex: [ ] Male [X] Female | Marital Status [ ] Married [ ] Single [X] Divorced [ ] Widowed |
|---|---|---|

Have you ever before applied for permanent resident status in the U.S.? [X] No [ ] Yes If you checked "Yes," give date and place of filing and final disposition.

B. List your present husband/wife and all your sons and daughters. (If you have none, write "none." If additional space is needed, use a separate piece of paper.)

| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
|---|---|---|---|
| NONE | | | |
| Country of Birth | Relationship | A # | Applying with You? [ ] Yes [ ] No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with You? [ ] Yes [ ] No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with You? [ ] Yes [ ] No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with You? [ ] Yes [ ] No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with You? [ ] Yes [ ] No |

C. List your present and past membership in or affiliation with every political organization, association, fund, foundation, party, club, society or similar group in the United States or in other places since your 16th birthday. Include any foreign military service in this part. If none, write "none." Include the name(s) of the organization(s), location(s), dates of membership from and to, and the nature of the organization (s). If additional space is needed, use a separate piece of paper.

NONE

## Part 3.   Processing Information. (*Continued*)

Please answer the following questions. (If your answer is "Yes" to any one of these questions, explain on a separate piece of paper. Answering "Yes" does not necessarily mean that you are not entitled to adjust your status or register for permanent residence.)

1. Have you ever, in or outside the U. S.:

   a. knowingly committed any crime of moral turpitude or a drug-related offense for which you have not been arrested?  ☐ Yes  ☒ No

   b. been arrested, cited, charged, indicted, fined or imprisoned for breaking or violating any law or ordinance, excluding traffic violations?  ☐ Yes  ☒ No

   c. been the beneficiary of pardon, amnesty, rehabilitation decree, other act of clemency or similar action?  ☐ Yes  ☒ No

   d. exercised diplomatic immunity to avoid prosecution for a criminal offense in the U. S.?  ☐ Yes  ☒ No

2. Have you received public assistance in the U.S. from any source, including the U.S. government or any state, county, city or municipality (other than emergency medical treatment), or are you likely to receive public assistance in the future?  ☐ Yes  ☒ No

3. Have you ever:

   a. within the past ten years been a prostitute or procured anyone for prostitution, or intend to engage in such activities in the future?  ☐ Yes  ☒ No

   b. engaged in any unlawful commercialized vice, including, but not limited to, illegal gambling?  ☐ Yes  ☒ No

   c. knowingly encouraged, induced, assisted, abetted or aided any alien to try to enter the U.S. illegally?  ☐ Yes  ☒ No

   d. illicitly trafficked in any controlled substance, or knowingly assisted, abetted or colluded in the illicit trafficking of any controlled substance?  ☐ Yes  ☒ No

4. Have you ever engaged in, conspired to engage in, or do you intend to engage in, or have you ever solicited membership or funds for, or have you through any means ever assisted or provided any type of material support to, any person or organization that has ever engaged or conspired to engage, in sabotage, kidnapping, political assassination, hijacking or any other form of terrorist activity?  ☐ Yes  ☒ No

5. Do you intend to engage in the U.S. in:

   a. espionage?  ☐ Yes  ☒ No

   b. any activity a purpose of which is opposition to, or the control or overthrow of, the government of the United States, by force, violence or other unlawful means?  ☐ Yes  ☒ No

   c. any activity to violate or evade any law prohibiting the export from the United States of goods, technology or sensitive information?  ☐ Yes  ☒ No

6. Have you ever been a member of, or in any way affiliated with, the Communist Party or any other totalitarian party?  ☐ Yes  ☒ No

7. Did you, during the period from March 23, 1933 to May 8, 1945, in association with either the Nazi Government of Germany or any organization or government associated or allied with the Nazi Government of Germany, ever order, incite, assist or otherwise participate in the persecution of any person because of race, religion, national origin or political opinion?  ☐ Yes  ☒ No

8. Have you ever engaged in genocide, or otherwise ordered, incited, assisted or otherwise participated in the killing of any person because of race, religion, nationality, ethnic origin or political opinion?  ☐ Yes  ☒ No

9. Have you ever been deported from the U.S., or removed from the U.S. at government expense, excluded within the past year, or are you now in exclusion or deportation proceedings?  ☐ Yes  ☒ No

10. Are you under a final order of civil penalty for violating section 274C of the Immigration and Nationality Act for use of fraudulent documents or have you, by fraud or willful misrepresentation of a material fact, ever sought to procure, or procured, a visa, other documentation, entry into the U.S. or any immigration benefit?  ☐ Yes  ☒ No

11. Have you ever left the U.S. to avoid being drafted into the U.S. Armed Forces?  ☐ Yes  ☒ No

12. Have you ever been a J nonimmigrant exchange visitor who was subject to the two-year foreign residence requirement and not yet complied with that requirement or obtained a waiver?  ☐ Yes  ☒ No

13. Are you now withholding custody of a U.S. citizen child outside the U.S. from a person granted custody of the child?  ☐ Yes  ☒ No

14. Do you plan to practice polygamy in the U.S.?  ☐ Yes  ☒ No

*Continued on back*

**Part 4.    Signature.**    *(Read the information on penalties in the instructions before completing this section. You must file this application while in the United States.)*

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it is all true and correct. I authorize the release of any information from my records which the INS needs to determine eligibility for the benefit I am seeking.

**Selective Service Registration.** **The following applies to you if you are a man at least 18 years old, but not yet 26 years old, who is required to register with the Selective Service System:** I understand that my filing this adjustment of status application with the Immigration and Naturalization Service authorizes the INS to provide certain registration information to the Selective Service System in accordance with the Military Selective Service Act. Upon INS acceptance of my application, I authorize INS to transmit to the Selective Service System my name, current address, Social Security number, date of birth and the date I filed the application for the purpose of recording my Selective Service registration as of the filing date. If, however, the INS does not accept my application, I further understand that, if so required, I am responsible for registering with the Selective Service by other means, provided I have not yet reached age 26.

| Signature *Natalia V. Poliakova* | Print Your Name NATALIA V POLIAKOVA | Date 07/01/2003 | Daytime Phone Number (954) 985-4117 |
|---|---|---|---|

Please Note:    *If you do not completely fill out this form or fail to submit required documents listed in the instructions, you may not be found eligible for the requested benefit and this application may be denied.*

**Part 5.    Signature of Person Preparing Form, If Other Than Above.** *(Sign Below)*

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| Signature | Print Your Name Philip Guo, Esq. | Date 02/03/07 | Daytime Phone Number (954) 987-7550 |
|---|---|---|---|

Firm Name    Becker & Poliakoff, P.A.
and Address    3111 Stirling Road, Ft. Lauderdale, FL 33312-6525

# THE UNITED STATES OF AMERICA

| | |
|---|---|
| **RECEIPT NUMBER**<br>SRC-03-198-50923 | **CASE TYPE** I485   APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
| **RECEIPT DATE**<br>July 11, 2003 | **PRIORITY DATE** |
| | **APPLICANT** A97 621 385<br>POLIAKOVA, NATALIA V. |
| **NOTICE DATE**<br>November 14, 2003 | **PAGE** 1 of 1 |

NATALIA V. POLIAKOVA
C/O PHILIP GUO ESQ BECKER AND POLIAKOF
3111 STIRLING RD
FORT LAUDERDALE FL 33312

**Notice Type:** Transfer Notice

This is to advise you that in order to speed processing we have transferred the above case to the following INS office for processing:

   Immigration Information Office, 7880 Biscayne Blvd., Room 100, Miami, Fl 33138

   Telephone: (305) 536-5741  *disconnected*

That office will notify you of the decision made on the application or petition.  Any further inquiries should be made to that office.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
TEXAS SERVICE CENTER
P O BOX 851488 - DEPT A
MESQUITE TX 75185-1488
**Customer Service Telephone:** (800) 375-5283



Form I-797C (Rev. 09/07/93) N



U.S. Department of Homeland Security
7880 Biscayne Boulevard
Miami, FL 33138

**U.S. Citizenship
and Immigration
Services**

November 03, 2004
Refer to this file number: A097621385

Natalia Poliakova
16711 COLLINS AVE #704
North Miami Beach, FL 33160

**Please appear at this office:** 7880 Biscayne Boulevard; Room 800; Miami, FL 33138.
**ON: Monday, November 22, 2004     AT: 08:00 AM     APPLICATION: I-485**
Failure to appear for this appointment will result in the denial of your application. Please be on time.
A late arrival will cause a long delay or postponement of the interview.

## I.   WHERE APPLICABLE, BRING THE FOLLOWING TO THE INTERVIEW:

- A copy of the Department of Labor certification.
- Stock certificate of U.S. corporation.
- Submit articles of incorporation of the U.S. corporation.
- Submit articles of incorporation of the foreign corporation.
- Submit income tax declaration of the foreign corporation.
- Submit copies of the U.S. corporate tax returns from the filing date of the I-140 petition to the present, certified by IRS.
- Submit bank statements of the U.S. corporation or company from the filing date of the I-140 petition to the present.
- Submit the wage and quarterly earning statements of the U.S. corporation or company from the filing date to the present, certified by IRS.
- Submit the address showing the physical location of the U.S. corporation or company where you actually work.
- Submit a copy of the lease agreement and occupational license of the U.S. corporation.
- Submit the address of the physical location of the foreign corporation or company.
- Provide description of duties and salary of the beneficiary from the parent corporation and the length of time he/she worked in that capacity.
- Provide proof of the U.S. corporation activities (description of business, type of service or product).
- Submit copies of the beneficiary's income tax returns for the past three years, certified by IRS.
- Submit a current letter offering employment from the petitioner describing duties to be performed and the salary offered to the beneficiary.
- Provide telephone directory listing of the U.S. corporation and/or website address.
- **Your current Driver's License or other government issued photo identification.**

## II.   EMERGENCY:  If you must cancel this appointment because of an emergency, please indicate below the nature of the emergency and attach evidence of the emergency. Sign and date this form and return it to this office immediately.

### YOU MUST BRING ORIGINALS AND PHOTOCOPIES OF ALL REQUESTED DOCUMENTS

cc:  Philip Guo
Becker & Poliakoff, Pa
3111 STIRLING RD

Fort Lauderdale, FL 33312

U.S. Department of Homeland Security
P.O. Box 648010
Lee's Summit, MO 64064-8010



**U.S. Citizenship
and Immigration
Services**

June 6, 2005

**NRC2005050698**

Natalia V. Poliakova
18205 Biscayne Blvd, Ste 221
Aventura, FL 33160

Dear Natalia V. Poliakova:

We received your request for information relating to your petition SRC0319850923 on June 6, 2005.

Your request is being handled under the provisions of the Freedom of Information Act (5 U.S.C. 552). It has been assigned the following control number: **NRC2005050698**. Please cite this number in any further inquiry about this request.

In accordance with Department of Homeland Security Regulations (6 CFR 5.3(c)), your request is deemed to constitute an agreement to pay any fees that may be chargeable up to $25.00. Fees may be charged for searching for records sought at the respective clerical, professional, and/or managerial rates of $4.00/$7.00/$10.25 per quarter hour, and for duplication of copies at the rate of $.10 per copy. The first 100 copies and two hours of search time are not charged, and the remaining combined charges for search and duplication must exceed $14.00 before we will charge you any fees. Most requests do not require any fees; however, if fees in excess of $25.00 are required, we will notify you beforehand.

Additionally, we respond to requests on a first-in, first-out basis and on a multi-track system. With this system we consider each request according to the complexity and volume so that requesters with a simple and quick response do not wait for extended periods of time while we review complex voluminous requests. Because of the nature of your request we have placed your request on the simple track.

This office is now able to offer you the option of having your records copied to a Compact Disc (CD) for use on your personal computer. This option is an alternative to paper copies. The CD is readable on all computers, except Apple brand, through the use of Adobe Acrobat software. A version of Adobe Acrobat will be included on the CD. Your records can be viewed on your computer screen and can be printed onto paper. Please call our office at (816) 350-5570 to order your record on CD.

If you have further questions, please address your inquiry to this office, Attention: FOIA/PA Officer. You may also call us at 816-350-5570 or fax any correspondence to 816-350-5785.

Sincerely,

T. Diane Cejka
Director

# LAW OFFICES
## NATALIA V. POLIAKOVA, P.A.

**Law Offices of Natalia V. Poliakova, P.A.**
18205 Biscayne Blvd., Suite 2221
Aventura, Florida 33160
Phone: (786) 428-2888; Fax: (786) 428-2889

natalia@usarussialaw.com

Hand-delivered

September 9, 2005

Employment-based Adjustment Supervisor
U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
7880 Biscayne Boulevard
Miami, FL 33138

RE:    **Request for status of adjudication of**
       **Natalia V. Poliakova, A#97 621 385 (DOB 07/06/1969)**
       **Employment-based AOS application**

Greetings:

By submitting this letter we request an update of a status of adjudication of **Natalia V. Poliakova's (A#97 621 385, DOB 07/06/1969)** employment-based application to adjust status, SRC#03-198-50923 (see copy of USCIS TSC Receipt, Transfer Notices and Appointment Notice attached for your reference.)

Ms. Poliakova had her AOS Interview on November 22, 2004 and was finger printed on November 23, 2004.  Despite numerous inquiries, till this day neither our firm nor Ms. Poliakova had received any update on the status of Ms. Poliakova's adjustment of status case. *Receipt of any update is critical because Ms. Poliakova was refused renewal of her Driver's License for the reason that her I-485 Receipt Notice is over two years old.*

Please do not hesitate to contact undersign directly if you have any question in connection with this request for information.

Thank you in advance for your kind and prompt attention to this request.

Sincerely yours,

Elizaveta V. Samorukova, Esq.

Enclosures as stated

Cc:    Natalia V. Poliakova via regular US mail at
       16500 Collins Ave., apt. 2652
       Sunny Isles Beach, Florida 33160

**Date:** Wed, 5 Oct 2005 09:51:33 -0400
**From:** MSukkar <MSukkar@Sukkarlaw.com>
**To:** natalia@usarussialaw.com
**Subject:** Update
**Part(s):** 2 winmail.dat application/ms-tnef 14.88 KB

Dear Natalia

Bruce told me that the case is still pending "security check". I think it is time to file a Writ of Mandamus.

I am so sorry, I wish I could have resolved it. I have so many clients in this category and I file Writs.

Kindest regards,

Mazen

Mazen M. Sukkar, Esquire
Sukkar, Arevalo, and Associates
Tel: (954) 922-2836
Fax: (954) 923-1990
Please visit our Web Site at: http://www.Sukkarlaw.com
<http://www.sukkarlaw.com/>

IMPORTANT: THE INFORMATION CONTAINED HEREIN IS PRIVILEGED AND STRICTLY CONFIDENTIAL. IT IS INTENDED ONLY FOR THE NAMED RECIPIENT. IF YOU ARE NOT THE INTENDED NAMED RECIPIENT OR THE AUTHORIZED AGENT OF SAID RECIPIENT, PLEASE ADVISE THE SENDER IMMEDIATELY AND DELETE THE MESSAGE FROM YOUR COMPUTER. ANY UNAUTHORIZED USE OF THIS MESSAGE OR ITS CONTENTS IS STRICTLY PROHIBITED BY LAW.

| 1. Inquiry MUST HAVE the following information: | Attorney NAME and Bar Card # | A Number and or Receipt # | Type of Application | Inquiry Date | Transfer Date | Filing Date |
|---|---|---|---|---|---|---|
| → | *Elizaveta V. Samorukova, Esq Bar # 0011402* | *A 097621385, SRC-03-198-50923* | *I-485* | *08/16/06* | | *07/11/2003* |

| **ATTORNEY E-MAIL ADDRESS:** ELIZAVETA@USARUSSIALAW.COM |||||
|---|---|---|---|---|
| 2. You MUST CHOOSE Category one thru five: | Category one | Category two | Category three | Category four | Category five *I-485 pending more than 6 month after interview* |

**DESCRIPTION:**

| *Category one* | **Family Based cases filed locally prior to October 2003** |
|---|---|
| *Category two* | **Transferred in cases prior to October 2003** |
| *Category three* | **NBC cases pending over 6 months after interview** |
| *Category four* | **NBC cases filed before process date and have not been scheduled for an interview** |
| *Category five* | **All other types of applications past the processing date. ( refer to local process and ageing report)** |
| | **Category six to be used only when a specific action is requested. Write the action in the summary.** |
| Category six | *Action needed ( i.e. withdrawal, change of address attorney/applicant, new G-28)* <br> _____ Withdrawal <br> _____ Address Change <br> _____ New G-28 <br> __X__ OTHER |

**BENEFICIARY NAME:** *Natalia V. Poliakova*

**PETITIONER NAME:** *Natalia V. Poliakova*

**Summary:**

*Natalia V. Poliakova filed her Employment-Based Adjustment of Status Application, Form I-485, on July 11, 2003 (copy of Receipt Notice SRC-03-198-50923 enclosed). On November 14, 2003, the case was transferred to the Miami District Office (copy of Transfer Notice enclosed). On November 22, 2004, Ms. Poliakova attended her I-485 interview (see copy of Interview Notice). It is nearly 22 months from the date of her initial interview; however, as of today, August 16, 2006, Ms. Poliakova has not received her Green Card.*

*We hereby request AILA's assistance in obtaining the status of Natalia V. Poliakova's adjudication and expediting the decision on Ms. Poliakova's Employment-Based I-485 application.*

**TO BE COMPLETED BY USCIS STAFF ONLY:**

| *Confirmation number* <br> MIA2006-0818-0002 | *[Must assign number within 24 hours of receipt and send to attorney, i.e. mia20050905-1 , year, date, daily number in order of receipt]* |
|---|---|
| *Inquiry Type:* | |
| *Forwarded for response to:* | *[Date, Unit and name of person]* |

RESPONSE:  MUST RESPOND TO INQUIRY WITHIN 14 DAYS OF RECEIPT OR 21 DAYS WHEN REFERRED TO SUPERVISOR.

*This case is pending file review. We will forward your inquiry to the unit handling this case for consideration.*

## Elizaveta V. Samorukova, Esq.

**From:**      "Elizaveta V. Samorukova, Esq." <elizaveta@usarussialaw.com>
**To:**        <Miainquiry@dhs.gov>
**Cc:**        <natalia@usarussialaw.com>
**Sent:**      Wednesday, August 16, 2006 6:58 PM
**Attach:**    Poliakova AILA AOS Email Inquiry.doc; Poliakova I-485 Transfer Notice.jpg; Poliakova I-485 Interview Notice.jpg;
               Poliakova I-485 Receipt Notice.jpg
**Subject:**   I-485 Inquiry: Natalia Poliakova A#097621385

To Whom It May Concern:

Attached please find the following documents in support of our inquiry for the Employment-Based Adjustment of Status
Application on behalf of Natalia V. Poliakova, with the I-485 Application pending for over 21 months since Ms. Poliakova's I-485
Interview:

1) AILA e-mail inquiry completed by an AILA attorney member,
2) I-485 Receipt Notice,
3) I-485 Transfer Notice, and
4) I-485 Interview Notice.

Thank you very much for your help.  Should you have questions or require additional information - do not hezitate to contact me
at 786-428-2848.

Elizaveta V. Samorukova, Esq.
Associate Attorney
Law Offices of Natalia V. Poliakova, P.A.
18205 Biscayne Blvd., Ste. 2221
Aventura, FL 33160
tel: (786) 428-2848
fax: (786) 428-2889
cell:(727) 776-7850
elizaveta@usarussialaw.com

# CUSTOMER SERVICE CENTER

## STATUS INQUIRY / RESOLUTION WORKSHEET

Date: 8/28/06 ———— Inquiry received by: ————————

**Alien Registration Number: A** _____

Applicant's Name: Natalia Poliakova

Address: 16500 Collins Avenue 2652

Sunny Isles Beach, FL 33160

_____

Telephone (H) 954 993-3916 (C) _____

Application: I-485 ———— Date Filed: 7/10/2003

Location of File: MIA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Action to be taken

Applicant would like to know the status of her I-485

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Action to be taken

_____

_____

_____

_____

Resolved by _____

Date _____

DEBBIE WASSERMAN SCHULTZ
20TH DISTRICT, FLORIDA

SENIOR WHIP

COMMITTEES:
STEERING AND POLICY
COMMITTEE ON FINANCIAL SERVICES
SUBCOMMITTEES:
CAPITAL MARKETS, INSURANCE AND GOVERNMENT
SPONSORED ENTERPRISES
DOMESTIC AND INTERNATIONAL MONETARY POLICY,
TRADE AND TECHNOLOGY
OVERSIGHT AND INVESTIGATIONS

COMMITTEE ON THE JUDICIARY
SUBCOMMITTEE:
COMMERCIAL AND ADMINISTRATIVE LAW

WASHINGTON OFFICE:
118 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-0920
(202) 225-7931
(202) 226-2052 (Fax)

DISTRICT OFFICES:
✓ 10100 PINES BOULEVARD
PEMBROKE PINES, FL 33026
(954) 437-3936
(954) 437-4776 (Fax)

19200 WEST COUNTRY CLUB DR
THIRD FLOOR
AVENTURA, FL 33180
(305) 936-5724
(305) 932-9664 (Fax)

# Congress of the United States
## House of Representatives
### Washington, DC 20515–0920

November 1, 2006

Ms. Natalia Poliakova
16500 Collns Avenue 2652
Sunny Isles Beach, FL  33160

Dear Ms. Poliakova:

Thank for you contacting me regarding the status of your I-485, Adjustment Application. My office sent an inquiry on your behalf to the Congressional Liaison at the U.S. Citizenship and Immigration Service in Miami.

Please be sure that I will be back in touch with you as soon as I receive a reply to my inquiry.

In the interim, if I or my staff may be of further assistance in this or any other matter, please do not hesitate to contact my District Office.

With kindest regards,

Sincerely,

Debbie Wasserman Schultz
Member of Congress

DWS\bg

DEBBIE WASSERMAN SCHULTZ
20TH DISTRICT, FLORIDA

SENIOR WHIP

COMMITTEES:
STEERING AND POLICY

COMMITTEE ON FINANCIAL SERVICES
SUBCOMMITTEES:
CAPITAL MARKETS, INSURANCE AND GOVERNMENT
SPONSORED ENTERPRISES
DOMESTIC AND INTERNATIONAL MONETARY POLICY,
TRADE AND TECHNOLOGY
OVERSIGHT AND INVESTIGATIONS

COMMITTEE ON THE JUDICIARY
SUBCOMMITTEE:
COMMERCIAL AND ADMINISTRATIVE LAW

WASHINGTON OFFICE:
118 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-0920
(202) 225-7931
(202) 226-2052 (Fax)

DISTRICT OFFICES:
10100 PINES BOULEVARD
PEMBROKE PINES, FL 33026
(954) 437-3936
(954) 437-4776 (Fax)

19200 WEST COUNTRY CLUB DR
THIRD FLOOR
AVENTURA, FL 33180
(305) 936-5724
(305) 932-9664 (Fax)

# Congress of the United States
## House of Representatives
### Washington, DC 20515-0920

November 28, 2006

Ms. Natalia Poliakova
16500 Collns Avenue 2652
Sunny Isles Beach, FL 33160

Dear Ms. Poliakova:

I am forwarding the enclosed reply to my inquiry on your behalf.

Although this is only an interim response, I wanted to keep you apprised as to the status of your request. Please be sure that as soon as I receive any additional information, I will be in touch with you.

If I may be of further assistance to you, please do not hesitate to contact me.

With best wishes, I remain,

Sincerely,

*Debbie Wasserman Schultz*

Debbie Wasserman Schultz
Member of Congress

DWS\bg
Enclosure

## Gallagher, Bettyanne

**From:** Mia
**Sent:** Tuesday, November 28, 2006 10:55 AM
**To:** Gallagher, Bettyanne
**Cc:** Anderson, Gloria B
**Subject:** RE: Natalia Poliakova--A#: 97-621-385
**Importance:** High

Good Morning Bettyanne,

The case referred to above is pending review and your inquiry will be forwarded to the unit presently handling the case for consideration. We will provide you with an updated response in 60 days regarding the status of this case. Thank you for your cooperation and understanding in this matter.

Sincerely,

U. S. CIS Assistant
Congressional Unit
Miami District Office

---

**From:** Gallagher, Bettyanne [mailto:Bettyanne.Gallagher@mail.house.gov]
**Sent:** Wednesday, November 01, 2006 3:53 PM
**To:** Mia
**Subject:** Natalia Poliakova--A#: 97-621-385

Natalia Poliakova--A#: 97-621-385

Good afternoon,

Would you please check on the status of this case for us? It's an I-485, and applicant was interviewed in Nov. of 2004. To date, she has not been informed of a final decision. Her current address is: 16500 Collins Avenue, Apt 2652, Sunny Isles Beach, FL 33160.

Thank you for looking into the matter,

**Bettyanne Gallagher**

Director of Casework
Office of Congresswoman Debbie Wasserman Schultz
10100 Pines Boulevard
Pembroke Pines, FL   33026
Tel: (954) 437-3936  Fax: (954) 437-4776
e-mail: bettyanne.gallagher@mail.house.gov



# LAW⬭FFICES
## NATALIA V. POLIAKOVA, P.A.

DATE:       March 6, 2007

PAGES:      5 (five) (including cover)

**TO:**     **Bettyanne Gallagher**
            Congresswoman Debbie Wasserman Schultz' office

FAX:        954.437.4776

RE:         **REQUEST FOR CONGRESSIONAL ASSISTANCE**
            **On Adjudication of Natalia V. Poliakova's (DOB 07/06/69, A# 097621385)**
            **Application for Adjustment of Status pending at the USCIS' Miami District**

Dear Ms. Gallagher,

According to the attached e-mail response to your November 1, 2006 inquiry, Miami District office promised _"to provide you with an updated response in 60 days regarding the status of"_ my Green Card Application file pending in the Miami District Office of USCIS.  Kindly let me know if you have any updated information.  Please note that I'm prepared to file a Write of Mandamus action.

Please do not hesitate to contact me directly either on my cell 954.993.3916 or office 786.428.2888 if you have any questions or need any additional information.

Thank you in advance for your kind attention to my request for a congressional assistance!

With kindest regards,

*Natalia V. Poliakova*

Natalia V. Poliakova, J.D. (Russian and USA)

**If you do not receive all pages, please call us immediately.**

The information contained in this transmission is attorney privileged and confidential information intended only for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via the U.S. Postal Service.  THANK YOU.

# LAW OFFICES
## NATALIA V. POLIAKOVA, P.A.

DATE:      November 1, 2006

PAGES:     13 (thirteen) (including cover)

**TO:**       **Laurie Flink**
           Congresswoman Debbie Wasserman Schultz' office

FAX:       305.932.96664

RE:        **REQUEST FOR CONGRESSIONAL ASSISTANCE**
           **On Adjudication of Natalia V. Poliakova's (DOB 07/06/69, A# 097621385)**
           **Application for Adjustment of Status pending at the USCIS' Miami District**

Dear Ms. Flink,

I'm writing at Mr. Jeff Herman's suggestion and pursuant to your telephone conversation with him of this morning.

Attached you will find my request for a congressional assistance with my Green Card file pending in the Miami District Office of USCIS.

Please do not hesitate to contact me directly either on my cell 954.993.3916 or office 786.428.2888 if you have any questions or need any additional information.

Thank you in advance!

With kindest regards,

*Natalia V. Poliakova*

Natalia V. Poliakova, J.D. (Russian and USA)

---

**If you do not receive all pages, please call us immediately.**

The information contained in this transmission is attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via the U.S. Postal Service. THANK YOU.

18205 Biscayne Blvd. Suite 2221 | Aventura Florida 33160
Phone: 786.428.2888 | Fax: 786.428.2889 | Russian Passport Services: 786.428.2848
Website: www.usarussialaw.com | E-mail: natalia@usarussialaw.com

*Natalia V. Poliakova, J.D. (Russia and US)*
*16500 Collins Ave., Apt. 2652*
*Sunny Isles Beach, Florida 33160*
*Cell phone # 954.993.3916*
*Office # 786.428.2888; Fax # 786.428.2889*

**Via Facsimile # 305-932-9664**

Debbie Wasserman Schultz, Congresswoman
20th District of Florida
19200 West Country Club Drive, 3rd Floor
Aventura, FL 33180
Phone: 305-936-5724

Re: <u>REQUEST FOR CONGRESSIONAL ASSISTANCE</u>
**On Adjudication of Natalia V. Poliakova's (DOB 07/06/69, A# 097621385)**
**Application for Adjustment of Status pending at the USCIS' Miami District**

Dear Congresswoman Schultz,

I filed my Application for Adjustment of Status on <u>July 10, 2003</u> with the U.S. Citizenship and Immigration Services (USCIS), Texas Service Center. The application has been transferred and is currently pending at the Miami District Office since November 14, 2003. The USCIS Receipt Notice and Transfer Notice are attached for your reference. I was interviewed on November 22, 2004. At that time, the District Adjudication Officer ("DAO") advised that my case was in order, and that a decision would be forthcoming by mail upon completion of my FBI name/background check. I have patiently awaited the completion of this case and have repeatedly inquired as to the status with the appropriate personnel at the Miami District Office to no avail. I have attached copies of all my case status inquiries for your reference.

This case has been pending needlessly for an unreasonably long time. Understandably, I am frustrated and anxious to have my adjustment to permanent resident completed without further delay. As a result of the delay in completing this case, I have been unnecessarily burdened by the lack of resolution of my immigration status in the following manners:

1) I am an attorney, member of the Florida Bar, licensed to practice law in Florida. I cannot apply for any legal position with the Federal, State, or local government because of the failure of the USCIS to adjudicate my application for legal permanent residence.

2) I own an apartment in Sunny Isles Beach, Florida, but I cannot apply for homestead exemption due to lack of permanent resident status.

3) I would like to apply for my U.S. citizenship at the earliest possible time so I can vote. However, I cannot do so until 5 years after I obtain permanent residence. The delay in the adjudication of my residence will also inordinately delay my ability to become a U.S. citizen.

4) One of my best clients is a contractor for a U.S. government agency –United Space Alliance. This agency has now become concerned over my lack of my permanent status in the U.S. I am in the position of losing my best client.

5) I have built a substantial law practice in Florida. My entire future is in limbo pending the determination on my application for legal permanent residence.

6) My practices concentrate on international and immigration law areas, and I often travel abroad with my clients. Due to lack of lawful permanent resident status, I am required to be processed in secondary inspection at the Port of Entry and regularly held there for hours on each return trip to the United States. This has not only caused me great embarrassment but have also disrupted travel plans as I have often missed connecting flights, while waiting in secondary inspection.

Your assistance in resolving this matter is greatly appreciated in advance. Please note that I am ready to file a Writ of Mandamus before the U.S. District Court for the Southern District of Florida to compel the adjudication of my Application for Adjustment of Status without further delay. Please note that I would rather not resort to federal litigation. For this reason, in an effort to avoid litigation, I am making the last good faith attempt to address this matter with your office. I will, of course, have no alternative but to file a Writ of Mandamus and seek redress in Federal Court if an adequate response is not timely received.

I trust that the enclosed information will suffice for your office in assisting me to promptly resolve this matter without the need to trouble the Federal Court in this regard.

Your kind and prompt attention to this matter is greatly appreciated.

With kindest regards,

*Natalia V. Poliakova*

Natalia V. Poliakova

CC: via U.S. Priority Mail with enclosures
Ms. Linda Swacina, District Director, CIS, Florida District
U.S. Department of Homeland Security
Citizenship and Immigration Services
7880 Biscayne Boulevard
Miami, Florida 33138

**From:** Gallagher, Bettyanne [mailto:Bettyanne.Gallagher@mail.house.gov]
**To:** Mia CIS
**Subject:** Natalia Poliakova-- A#: 97-621-385

Hi,

I'm trying to follow up on this case... in Nov. you informed me that it was pending review and suggested that I check back in 60 days.  Has a decision been made yet?

Thank you for checking,

## Bettyanne Gallagher

Director of Casework
Office of Congresswoman Debbie Wasserman Schultz
10100 Pines Boulevard
Pembroke Pines, FL   33026
Tel: (954) 437-3936  Fax: (954) 437-4776
e-mail: bettyanne.gallagher@mail.house.gov

DEBBIE WASSERMAN SCHULTZ
20TH DISTRICT, FLORIDA

SENIOR WHIP

COMMITTEES:
STEERING AND POLICY
COMMITTEE ON FINANCIAL SERVICES
SUBCOMMITTEES:
CAPITAL MARKETS, INSURANCE AND GOVERNMENT
SPONSORED ENTERPRISES
DOMESTIC AND INTERNATIONAL MONETARY POLICY,
TRADE AND TECHNOLOGY
OVERSIGHT AND INVESTIGATIONS

COMMITTEE ON THE JUDICIARY
SUBCOMMITTEE:
COMMERCIAL AND ADMINISTRATIVE LAW

WASHINGTON OFFICE:
118 CANNON HOUSE OFFICE BUILD
WASHINGTON, DC 20515-0920
(202) 225-7931
(202) 226-2052 (Fax)

DISTRICT OFFICES:
10100 PINES BOULEVARD
PEMBROKE PINES, FL 33026
(954) 437-3936
(954) 437-4776 (Fax)

19200 WEST COUNTRY CLUB DRI
THIRD FLOOR
AVENTURA, FL 33180
(305) 936-5724
(305) 932-9664 (Fax)

# Congress of the United States
## House of Representatives
### Washington, DC 20515-0920

May 9, 2007

Ms. Natalia Poliakova
16500 Collns Avenue 2652
Sunny Isles Beach, FL 33160

Dear Ms. Poliakova:

Enclosed is a copy of the response I received which is self-explanatory. I regret that circumstances preclude a more favorable reply.

I appreciate having the opportunity to serve you by looking into this matter. If I or my staff can be of assistance to you in the future, please do not hesitate to contact me.

With kindest regards,

Sincerely,

Debbie Wasserman Schultz
Member of Congress

DWS\bg
Enclosure

Bettyanne,

United States Citizenship and Immigration Services (USCIS) is committed to adjudicating immigration benefits in a timely manner while also ensuring public safety and national security. Though background checks for most applications or petitions are completed very quickly, a small percentage of cases have unresolved background check issues that temporarily delay adjudication of the application or petition. Although USCIS makes every effort to resolve such cases promptly, the agency cannot move forward until all outstanding issues have been resolved to our satisfaction. Unfortunately, this process can sometimes take years.

The background checks involve more than just the initial submission of biographical information or fingerprints and the initial response. If these checks and/or a review of the administrative record reveal an issue potentially impacting an applicant's eligibility for the requested immigration benefit, further inquiry is needed. The inquiry may include an additional interview and/or the need to contact another agency for updates or more comprehensive information. If it is determined that an outside agency possesses information relevant to the applicant's background, USCIS asks that agency to share any relevant information for consideration by USCIS in the adjudication. Upon gathering and assessing all available information, USCIS will adjudicate the application as expeditiously as possible.

We have checked into your constituent's case and have been assured that the agency is aware of your inquiry and is monitoring progress of the case.

1) USCIS is reviewing the information received from the background checks, determining if any additional information needs to be collected, and assessing if the information impacts the applicant's eligibility for the requested immigration benefit.

   While this process is underway, it has been determined that USCIS can issue an (EAD, I-131 etc.).

USCIS realizes that your constituent may be frustrated by the progress of his or her case, but the agency must balance individual inconvenience against broader issues of public safety and national security. We hope that the recognition that your constituent's case has not been forgotten lessens any anxiety stemming from the delay in the adjudication.

We hope the information provided is helpful. If we may be of assistance in the future, please let us know.

## Congressional Unit
## Miami District Office

WARNING: This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C.552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval from the originator. If you are not the intended recipient please contact the originator for disposition instructions.

*The Florida District at its best, proudly serving our community with competence, fairness, dignity and respect.*

U.S. Department of Homeland Security
USCIS
7880 Biscayne Boulevard
Miami, FL 33138



**U.S. Citizenship and Immigration Services**

Saturday, June 16, 2007

NAPALIA POLIAKOVA
16500 COLLINS AVE APT2652
SUNNY ISLES BEACH FL 33160

Dear Napalia Poliakova:

On 03/13/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | Attorney or Authorized Representative |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | Information not available |
| **Receipt #:** | src-03-198-50923 |
| **Beneficiary (if you filed for someone else):** | Poliakova, Napalia |
| **Your USCIS Account Number (A-number):** | Information not available |
| **Type of service requested:** | Outside Normal Processing Times |

The status of this service request is:

Based on your request we researched the status of this case. We are actively processing this case. However, we have to perform additional review on this case and this has caused a longer processing time. If you do not receive a decision or other notice of action from us within 6 months of this letter, please call customer service at the number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

<u>VERIFICATION</u>

I, Natalia V. Poliakova, under penalty of perjury, state the following:

I affirm the truth of the factual contents of the foregoing Complaint for Mandamus and Declaratory Judgment, upon information and belief.

Dated: *June 27, 2007*

Place: *Aventura, Florida*


*Natalia V. Poliakova*

NATALIA V. POLIAKOVA

Michael Maggio
Thomas K. Ragland
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
mmaggio@maggio-kattar.com
Phone: 202-483-0053  Fax: 202-483-6801

E
07-1210
RCL

**CIVIL COVER SHEET**

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Natalia V. Poliakova | Emilio T. Gonzalez, Michael Chertoff, Robert S. Mueller, Linda Swacina |
| 88888 | |

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF    Miami-Dade
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Thomas K. Ragland, Nadeen Aljijakli
MAGGIO & KATTAR
11 Dupont Circle, NW, Suite 775, Washington, DC 20036
(202)483-0053

ATTO
Jeff
555
Wa

Case: 1:07-cv-01210
Assigned To : Lamberth, Royce C.
Assign. Date : 7/5/2007
Description: General Civil

---

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ◉ 2 U.S. Government Defendant
- ○ 3 Federal Question (U.S. Government Not a Party)
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

---

**IV. CASE ASSIGNMENT AND NATURE OF SUIT**
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

**○ A. Antitrust**

☐ 410 Antitrust

**○ B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**○ C. Administrative Agency Review**

☐ 151 Medicare Act

Social Security:
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**○ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

---

**◉ E. General Civil (Other)        OR        ○ F. Pro Se General Civil**

Real Property
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

Personal Property
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

Bankruptcy
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

Property Rights
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

Federal Tax Suits
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

Other Statutes
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☒ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

6

| ○ **G. Habeas Corpus/ 2255** | ○ **H. Employment Discrimination** | ○ **I. FOIA/PRIVACY ACT** | ○ **J. Student Loan** |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ **K. Labor/ERISA (non-employment)** | ○ **L. Other Civil Rights (non-employment)** | ○ **M. Contract** | ○ **N. Three-Judge Court** |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

◉ 1 Original Proceeding ○ 2 Removed from State Court ○ 3 Remanded from Appellate Court ○ 4 Reinstated or Reopened ○ 5 Transferred from another district (specify) ○ 6 Multi district Litigation ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)**

5 U.S.C. §555(b) Complaint for a Writ of Mandamus

**VII. REQUESTED IN COMPLAINT** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    **DEMAND $** [ ] Check YES only if demanded in complaint  **JURY DEMAND:** YES ☐ NO ☒

**VIII. RELATED CASE(S) IF ANY** (See instruction) YES ☐ NO ☒ If yes, please complete related case form.

DATE 7/5/2007    SIGNATURE OF ATTORNEY OF RECORD _[signature]_

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.