UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATALIA V. POLIAKOVA, | ) |
| Plaintiff, | ) |
| v. | ) Case Number: 1:07CV1210 (RCL) |
| EMILIO T. GONZALEZ, Director, United States Citizenship & Immigration Services, et al., | ) |
| Defendants. | ) |

### NOTICE OF APPEARANCE

The Clerk of Court will please enter the appearance of Assistant United States Attorney Robin M. Meriweather as counsel for Defendants in the above-captioned action.

Dated: September 6, 2007

Respectfully submitted,

/s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 514-7198
Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of August, 2007, I caused the foregoing Notice of Appearance to be filed and served via the Court's Electronic Case Filing system or, should I receive notice from the ECF system that electronic service was unsuccessful, to be served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

Thomas Ragland
MAGGIO & KATTAR, P.C.
11 Dupont Circle, NW Suite 775
Washington, DC 20036

    /s Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar # 490114