UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
NATALIA V. POLIAKOVA,               )
                                    )
            Plaintiff,              )
                                    )
      v.                            )   Civil Case Number: 07-1210 (RCL)
                                    )
EMILIO T. GONZALEZ, Director,       )
United States Citizenship & Immigration )
Services, et al.,                   )
                                    )
            Defendants.             )
                                    )
_____)

**ORDER**

Upon consideration of defendants' Motion [9] for Extension of Time to File Answer, it is

ORDERED that Defendants' Motion for Extension of Time to File Answer is hereby

GRANTED. It is further

ORDERED that defendants must submit an Answer or otherwise respond top

plaintiff's Complaint by October 10, 2007.

SO ORDERED.


Signed by United States District Judge Royce C. Lamberth, October, 2, 2007.