UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **Natalia V. POLIAKOVA,** | ) | |
| **Plaintiff** | ) ) ) | |
| v. | ) ) | |
| **Emilio T. GONZALEZ,** | ) | Civ. No. 07-01210 (RCL) |
| U.S. Citizenship and Immigration Services, et al., | ) ) | |
| **Defendants** | ) ) | |

### PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANTS' MOTION TO TRANSFER AND FOR ENLARGEMENT OF TIME TO FILE ANSWER

The Plaintiff, Natalia V. Poliakova, hereby moves, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, for an enlargement of time of one week, up to and including **October 29, 2007**, to respond to Defendant's Motion to Transfer and for Enlargement of Time. No previous enlargements have been sought by or granted to the Plaintiff for this purpose. Defendants' counsel, Assistant U.S. Attorney Robin Meriweather, has been contacted and does not oppose to the relief requested in this motion. Undersigned counsel has been managing numerous other responsibilities and requests the additional time to complete a response that fully addresses all issues raised in Defendants' motion.

Plaintiff respectfully requests that the Court grant this request for enlargement of time. Counsel is working diligently to prepare the response for the above-captioned case, and assures the Court that he will make every effort to meet the revised deadline.

Respectfully Submitted,


_____/s/_____          _____
Thomas K. Ragland                              DATE
MAGGIO & KATTAR
11 Dupont Circle, NW
Suite 775
Washington, DC 20036

Phone: 202-483-0053
Fax:    202-483-6801

## CERTIFICATE OF SERVICE

I, Thomas K. Ragland, do hereby certify that on this 18th day of October 2007, a true and correct copy of the foregoing Motion for Enlargement of Time to Respond to Defendants' Motion to Transfer and for Enlargement of Time to File Answer was filed electronically and thereby served upon:

> Robin Meriweather
> Assistant United States Attorney
> United States Attorney's Office
> 555 4th Street, N.W.
> Washington, D.C. 20530
> (202) 307-0895


_____/s /_____

Thomas K. Ragland
MAGGIO & KATTAR
11 Dupont Circle, NW
Suite 775
Washington, DC 20036

Phone: 202-483-0053
Fax:    202-483-6801