UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Natalia V. POLIAKOVA,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**Emilio T. GONZALEZ,** )<br>**U.S. Citizenship and Immigration** )<br>**Services, et al** )<br>)<br>**Defendants.** )<br>) | Civil Action Number 07-1210 (RCL) |

## ORDER

Upon consideration of plaintiff's motion [12] for enlargement of time to respond to defendant's motion [11] to transfer and for enlargement of time to file an answer, it is hereby

ORDERED that plaintiff's motion is GRANTED; it is further

ORDERED that plaintiff shall have up to and including October 29, 2007 to respond to the motion to transfer and for enlargement of time.

SO ORDERED.


Signed by United States District Judge Royce C. Lamberth, October 23, 2007.