**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATALIA V. POLIAKOVA,<br><br>        Plaintiff,<br><br>   v.<br><br>EMILIO T. GONZALEZ, Director,<br>United States Citizenship & Immigration<br>Services, <u>et al.</u>,<br><br>        Defendants. | Case Number: 1:07CV1210 (RCL) |

**<u>CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY</u>**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants Emilio T. Gonzalez, <u>et al.</u>, through undersigned counsel, hereby request that the Court grant Defendants a 7-day enlargement of time to file a reply in support of Plaintiff's Motion to Transfer, making Defendants' reply brief due November 15, 2007. Defendants' reply currently is due November 8, 2007. Pursuant to Local Rule 7(m) and Federal Rule of Civil Procedure 26, counsel for Defendants contacted counsel for Plaintiff in an effort to obtain Plaintiff's position on this motion. Counsel for Plaintiff indicated that they do not oppose this motion.

In support of this motion, Defendants state as follows:

This is an immigration case, arising out of a Form I-485 application for adjustment of status filed by Plaintiff, a citizen of the Russian Federation. Plaintiff filed a mandamus complaint asking the Court to compel United States Citizenship and Immigration Services ("USCIS") to complete adjudication of Plaintiff's I-485 petition. Defendants moved that the case be transferred to the U.S. District Court for the Southern District of Florida, because the I-485 is being

adjudicated by a USCIS office in that district.  Plaintiff opposed the motion to transfer.

Defendants seek the enlargement of time because of the demanding schedule of counsel for Defendant.  The undersigned is in active discovery in two Title VII cases and one constitutional class action.  In addition, the undersigned was in a hearing on a preliminary injunction matter on November 7, 2007, and expects to be in a hearing on a temporary restraining order matter November 8, 2007.  This enlargement of time would allow counsel for Defendants to prepare Defendants' reply memorandum while honoring her commitments in these other cases.

There are no pending deadlines or court dates that this request for enlargement would affect.  Granting Defendants an additional 7 days to submit a reply memorandum should cause no prejudice.

Dated: November 7, 2007                                 Respectfully submitted,


                      /s/
                   JEFFREY A. TAYLOR, D.C. BAR # 498610
                   United States Attorney

                      /s/
                   RUDOLPH CONTRERAS, D.C. BAR #434122
                   Assistant United States Attorney


                    /s/ Robin M. Meriweather
                   ROBIN M. MERIWEATHER, D.C. Bar. # 490114
                   Assistant United States Attorney
                   555 Fourth St., N.W.
                   Washington, D.C.  20530
                   Phone: (202) 514-7198
                   Fax: (202) 514-8780
                   Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of November, 2007, I caused the foregoing Motion for Extension of Time to be filed and served via the Court's Electronic Case Filing system or, should I receive notice from the ECF system that electronic service was unsuccessful, to be served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

Thomas Ragland
MAGGIO & KATTAR, P.C.
11 Dupont Circle, NW Suite 775
Washington, DC 20036

      /s Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar # 490114

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
NATALIA V. POLIAKOVA,               )
                                    )
         Plaintiff,                 )
                                    )
    v.                              )    Case Number:  1:07CV1210 (RCL)
                                    )
EMILIO T. GONZALEZ, Director,       )
United States Citizenship & Immigration )
Services, et al.,                   )
                            x       )
         Defendants.                )
                                    )
_____)

**ORDER**

Upon consideration of Defendants' Motion for Extension of Time to File Reply, it is this

_____ day of _____, 2007,

ORDERED that Defendants' Motion for Extension of Time to File Reply be and is hereby

GRANTED.

It is further ORDERED that Defendants' Reply in support of their pending Motion to

Transfer shall be due November 15, 2007.

SO ORDERED.

                                        _____
                                        United States District Judge