UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATALIA V. POLIAKOVA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EMILIO T. GONZALEZ, Director,<br>United States Citizenship & Immigration Services, <u>et</u> <u>al.</u>,<br>　　　　　x<br>　　　　　Defendants. | Case Number: 1:07CV1210 (RCL) |

**ORDER**

Upon consideration of Defendants' Motion for Extension of Time to File Reply, it is this 9th day of November, 2007,

ORDERED that Defendants' Motion for Extension of Time to File Reply be and is hereby GRANTED.

It is further ORDERED that Defendants' Reply in support of their pending Motion to Transfer shall be due November 15, 2007.

SO ORDERED.

　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　United States District Judge Royce C. Lamberth