UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATALIA V. POLIAKOVA, | ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Case Number: 1:07CV1210 (RCL) <br> ) |
| EMILIO T. GONZALEZ, Director, <br> United States Citizenship & Immigration <br> Services, <u>et al.</u>, | ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) <br> ) |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants Emilio T. Gonzalez, <u>et al.</u>, through undersigned counsel, hereby request that the Court grant Defendants a 6-day enlargement of time to file a reply in support of Plaintiff's Motion to Transfer, making Defendants' reply brief due November 21, 2007. Defendants' reply currently is due November 15, 2007. Pursuant to Local Rule 7(m) and Federal Rule of Civil Procedure 26, counsel for Defendants contacted counsel for Plaintiff in an effort to obtain Plaintiff's position on this motion. Counsel for Plaintiff indicated that they do not oppose this motion.

In support of this motion, Defendants state as follows:

This is an immigration case, arising out of a Form I-485 application for adjustment of status filed by Plaintiff, a citizen of the Russian Federation. Plaintiff filed a mandamus complaint asking the Court to compel United States Citizenship and Immigration Services ("USCIS") to complete adjudication of Plaintiff's I-485 petition. Defendants moved that the case be transferred to the U.S. District Court for the Southern District of Florida, because the I-485 is being

adjudicated by a USCIS office in that district. Plaintiff opposed the motion to transfer.

Defendants seek the enlargement of time because of the demanding schedule of counsel for Defendant. The undersigned is in active discovery in two Title VII cases and one constitutional class action. In addition, on November 8, 2007, District Judge Sullivan issued an expedited briefing schedule in a preliminary injunction matter in which counsel for Defendant represents the federal defendant, making plaintiffs' amended complaint due Friday November 9, 2007, and defendant's dispositive motion due November 14, 2007. Counsel for Defendant has depositions November 15, and November 16, 2007, and met with witnesses to prepare them for those depositions on November 13, 2007. In light of those conflicting obligations, counsel for Defendant will be unable to complete Defendant's reply memorandum in this action in advance of the current November 15, 2007 deadline.

There are no pending deadlines or hearings that this enlargement would affect. Granting Defendants an additional 6 days to submit a reply memorandum should cause no prejudice.

Dated: November 14, 2007            Respectfully submitted,

                /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

                /s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

          /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 514-7198 Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of November, 2007, I caused the foregoing Motion for Extension of Time to be filed and served via the Court's Electronic Case Filing system or, should I receive notice from the ECF system that electronic service was unsuccessful, to be served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

Thomas Ragland
MAGGIO & KATTAR, P.C.
11 Dupont Circle, NW Suite 775
Washington, DC 20036

                                                 /s Robin M. Meriweather
                                              ROBIN M. MERIWEATHER, D.C. Bar # 490114

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATALIA V. POLIAKOVA,<br><br>          Plaintiff,<br><br>     v.<br><br>EMILIO T. GONZALEZ, Director,<br>United States Citizenship & Immigration<br>Services, <u>et</u> <u>al.</u>,<br>                    x<br>          Defendants. | Case Number:  1:07CV1210 (RCL) |

**ORDER**

Upon consideration of Defendants' Motion for Extension of Time to File Reply, it is this

_____ day of _____, 2007,

ORDERED that Defendants' Motion for Extension of Time to File Reply be and is hereby GRANTED.

It is further ORDERED that Defendants' Reply in support of their pending Motion to Transfer shall be due November 21, 2007.

SO ORDERED.

_____
United States District Judge