UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATALIA V. POLIAKOVA, | ) |
| Plaintiff, | ) |
| v. | ) Case Number: 1:07CV1210 (RCL) |
| EMILIO T. GONZALEZ, Director, United States Citizenship & Immigration Services, et al., | ) |
| x Defendants. | ) |

**ORDER**

Upon consideration of Defendants' Motion for Extension of Time to File Reply, it is this 19th day of November, 2007,

ORDERED that Defendants' Motion for Extension of Time to File Reply be and is hereby GRANTED.

It is further ORDERED that Defendants' Reply in support of their pending Motion to Transfer shall be due November 21, 2007.

SO ORDERED.

_____/s/_____
United States District Judge