UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Natalia V. POLIAKOVA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Civil Action Number 07-1210 (RCL)** |
| | ) | |
| **Emilio T. GONZALEZ,** | ) | |
| **U.S. Citizenship and Immigration** | ) | |
| **Services, et al** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

Upon consideration of plaintiff's Motion [20] for Leave to File Sur-reply, it is hereby

ORDERED that said motion is GRANTED. Any response to the Sur-reply shall be filed no later than 10 days from this date and shall be no longer than the Sur-reply.

SO ORDERED.


Signed by United States District Judge Royce C. Lamberth, December 4, 2007.