IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATALIA V. POLIAKOVA, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 07-1210 (RCL) |
| § | |
| EMILIO T. GONZALEZ, DIRECTOR § | |
| UNITED STATES CITIZENSHIP AND § | |
| IMMIGRATION SERVICES (USCIS), § | |
| MICHAEL CHERTOFF, SECRETARY, § | |
| UNITED STATES DEPARTMENT OF § | |
| HOMELAND SECURITY, § | |
| ROBERT S. MUELLER, DIRECTOR, § | |
| FEDERAL BUREAU OF INVESTIGATION, § | |
| LINDA SWACINA, DIRECTOR, MIAMI § | |
| DISTRICT OFFICE, USCIS § | |
| § | |
| *Defendants.* § | |

## **ORDER**

Upon consideration of Defendants' Motion [11] to Transfer Venue and for Enlargement of Time to File Answer, it is this 17th day of December, 2007,

ORDERED that Defendants' Motion be, and hereby is, granted, for the reasons stated well in Defendants' response to Plaintiff's sur-reply; it is further hereby

ORDERED that this case be, and hereby is, TRANSFERRED to the Southern District of Florida; it is further hereby

ORDERED that Defendants' Answer or other response to the complaint shall be due no sooner than 15 days after the Southern District of Florida dockets the case in that district.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth on December 17, 2007.